Katelyn S. Oldham, OSB # 024115
Email: katelyn@oldhamlawoffice.com
OLDHAM LAW OFFICE
520 S.W. Sixth Avenue, Suite 920
Portland, Oregon 97204
Telephone: (503) 224-1650
Facsimile: (503) 224-2764

Attorney for Plaintiff

FILED
JUL 20 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OLABISI ARIGBON,<br><br>               Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY,<br><br>               Defendant. | Case No. CV 09-311-PK<br><br>STIPULATED ORDER DISMISSING PLAINTIFF'S CASE |

The parties having resolved the claims at issue, hereby stipulate that Olabisi Arigbon's claims against Multnomah County in Case No. CV 09-311-PK be dismissed with prejudice and without costs or fees to either party.

Dated this 20th day of July, 2010.

*/s/ Paul Papak*
Hon. Paul Papak
Magistrate Judge, U.S. District Court for Oregon

PAGE 1 — STIPULATED MOTION FOR DISMISSAL

So Stipulated.

_____
Katelyn S. Oldham
OSB No. 024115
Of Attorneys for Plaintiff

_____
Jenny Morf
OSB No. 982980
Of Attorneys for Defendant

PAGE 2 – STIPULATED MOTION FOR DISMISSAL

OLDHAM LAW OFFICE
520 S.W. SIXTH AVENUE, SUITE 920
PORTLAND, OREGON 97204
(503)224-1650
FAX: (503) 224-2764